No. —, Original. *Ex parte:* IN THE MATTER OF KANSAS CITY SOUTHERN RAILWAY COMPANY ET AL., PETITIONERS. Submitted January 2, 1924. Decided January 7, 1924. Motion for leave to file petition for a writ of mandamus and/or a writ of prohibition herein denied. *Mr. Thomas P. Littlepage* for petitioners.

---

No. 364. G. S. SWANSON ET AL. *v.* JACK SARJA. Error to the Supreme Court of the State of Minnesota. Motion to dismiss or affirm submitted January 2, 1924. Decided January 7, 1924. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Miller* v. *Cornwall R. R. Co.*, 168 U. S. 131, 134; *New York Central R. R. Co.* v. *New York,* 186 U. S. 269, 273; *Thomas* v. *Iowa,* 209 U. S. 258, 263; *Consolidated Turnpike Co.* v. *Norfolk, etc., Ry. Co.*, 228 U. S. 326, 331. *Mr. D. F. Lyons,* for defendant in error, in support of the motion. *Mr. George Francis Williams, Mr. Henry C. Clark, Mr. G. S. Swanson* and *Mr. H. G. Swanson,* for plaintiffs in error, in opposition to the motion.